# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
800-840 COOPER STREET, SUITE 350
CAMDEN, NEW JERSEY 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

(856) 757-5341 Telephone
(856) 757-5273 Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

July 27, 2005

Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

Re:    <u>United States v. James Jenkins</u>
       Mag. No. 05-1072 (AMD)

Dear Judge Donio:

This is to advise the Court that defendant James Jenkins waives his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(a)(1). The preliminary hearing was scheduled for August 8, 2005 at 9:30 a.m.

Thank you for your consideration in this matter.

Respectfully,

MAGGIE F. MOY
Assistant Federal Public Defender

cc:    Matthew Skahill, AUSA
       United States Marshals Service
       James Jenkins

**RECEIVED**

JUL 29 2005
ANN MARIE DONIO
U.S. MAGISTRATE JUDGE

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton,  New Jersey 08609  (609) 989-2160

972 Broad Street,  Newark,  New Jersey  07102  (973) 645-6347